FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 23-MJ-5781 |
| v. | 23-mj-4605-DHH |
| James Yun Lee | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Homeland Security Investigations in the District of Massachusetts on 11/06/2023 at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about July 2020 in violation of Title 18 U.S.C., Section(s) 2422 and 371 to wit: Conspiracy to persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to eng[age]

A warrant for defendant's arrest was issued by: Hon. David H. Hennessy, U.S Magistrate Judge

Bond of $ N/A _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/8/23
              Date

**ERIN L HERRGOTT**
Digitally signed by ERIN L HERRGOTT
Date: 2023.11.07 12:06:31 -08'00'

Signature of Agent

Erin Herrgott
Print Name of Agent

Homeland Security Investigations
Agency

Special Agent
Title

CR-52 (03/20)                                     DECLARATION RE OUT-OF-DISTRICT WARRANT