Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**
MJ 23-05781
2023 NOV -8 AM 9:06
CLERK U.S. DISTRICT
CENTRAL DIST OF CA
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.    PLAINTIFF | 23-mj-4605-DHH |
| James Yun Lee | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on November 8 at 6:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 2422 in violation of 18 USC 371- Conspiracy to persuade, induce, entice, and coerce one or more indiv

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Korean

7. Year of Birth: 1955

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: ____

10. Remarks (if any): ____

11. Name: Erin Herrgott   (please print)

12. Office Phone Number: (562) 233-7205

13. Agency: Homeland Security Investigations

14. Signature: ERIN L HERRGOTT   Digitally signed by ERIN L HERRGOTT   Date: 2023.11.08 06:36:57 -08'00'

15. Date: 11/8/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION