AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-mj-4605-DHH |
| | ) | |
| James Lee | ) | 23-MJ-5781 |
| *Defendant* | ) | |

FILED
CLERK, U.S. DISTRICT COURT
NOV -8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   James Lee                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage in prostitution, in violation of 18 U.S.C. § 2422 all in violation of 18 U.S.C. § 371.

Date:   11/06/2023

*Issuing officer's signature*

City and state:   Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                                 _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |